### Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 29

**IP Address:** 74.71.82.135  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F0B8BDFC98F7704DDD3686B2C33FE43ADF623E74<br>File Hash: 614E5B1314448F6A4E78B79F61A30EC1A1F7995BA580A519B704F7C37FEB5759 | 01-10-2022 02:12:34 | Tushy | 01-31-2019 | 02-22-2019 | PA0002155140 |
| 2 | Info Hash: 842968D32F868DC9A4C325C5439DCB160F9D7592<br>File Hash: 53769DE0CAB8EED27CBCECFD04DFC51122F7B461817906F4E8FEA8300B155A48 | 01-05-2022 02:44:46 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 3 | Info Hash: 5927F76E867BC41DB706B5C961DCAF058DC95B56<br>File Hash: 36087E06A2BE38D3F85AFF1DC5AE28FB38266DD0787814822F2B9AD712292DCA | 12-29-2021 05:21:07 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 4 | Info Hash: 675B5AFA8121A6F73024A6D14AAD03EBA402D4C8<br>File Hash: 1C9C2FC14177376041E2C2A255F5ED5142C3D03DF4962366B591F28DA1506A3B | 12-29-2021 01:04:14 | Blacked Raw | 06-06-2018 | 07-14-2018 | PA0002128447 |
| 5 | Info Hash: B6B0CCE441A750695694A37B1D9C7BC6301651FD<br>File Hash: 76AD7211F8349CD058EF226ED2EA55B8307A43BB529870FACE554E0A3879969A | 12-29-2021 00:46:15 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 6 | Info Hash: 9CF0E3464640945F7CE78B2F6AAAF9C709CC5C18<br>File Hash: 31FF1DEE45C0E4EC51BEB145F473177182F33337944022113E746434EF8AA806 | 12-29-2021 00:41:54 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 7 | Info Hash: 2DE92180611CF8A7AED1A67DD2F1E58B06469BFB<br>File Hash: BB74BBECA3A3FFA00A720806AC0EBF03B8873EEF818D9842C66A6DC39B528BE4 | 12-29-2021 00:41:19 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 8 | Info Hash: 715C742C75E517D7FC32ABD9215A840892B263C0<br>File Hash: 697A6261B1F4888CED0C1E2F4E20C889F761828AB2BFAFC56128F9E977B2E5D9 | 12-29-2021 00:37:17 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 2D00DFAD41E778413EAB90457BB7DFB5D38EAC2E<br>File Hash: 658C092981533BC926355C6BCB57D1E7C7DC09B52BDDB37CF6027FFE2452639A | 12-29-2021 00:37:12 | Blacked Raw | 08-15-2018 | 09-01-2018 | PA0002119585 |
| 10 | Info Hash: 8826E71871E37E356295FBF53B590C26ADDA74F0<br>File Hash: 7CD2A77B607E0C0EDF938DBB63C74078D3BB871D7C2F5CB52596AC53ED4584F1 | 12-27-2021 19:03:25 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 11 | Info Hash: B729CD1919ECCB480C2D98842DEBEB1114527BA1<br>File Hash: FD4598906180C244A4D57CA5E5BBD9544A756AE296F12183459021C345CE42C9 | 12-27-2021 16:55:10 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 12 | Info Hash: 8F50FD98740DF7A1D314C34B269C31E58D482E18<br>File Hash: A2EB62BE033487D6E334AF3E06A0D9A0DAEC3B3528706FFEE702727C94A98CB1 | 12-27-2021 16:45:28 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 13 | Info Hash: 927F5121DFF968CAAA794A7AF6ABE13A17927FB1<br>File Hash: D1BBA45309B6B06D2AF3F0B7F3A64D9966C29C4DF2186B8403FD81F4E84E5308 | 12-27-2021 16:28:02 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 14 | Info Hash: 85EACF9DEE0A1A3CCA58DF72164B0696A448CDE5<br>File Hash: BBAAA25DB89BAF16D49C7EFC912B0ECC3FDAE4B3AF27C0E1D9E535A35BCAAD53 | 12-27-2021 16:27:14 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 15 | Info Hash: 4A61A12A79156C0807DE055302541E23E2DF9E11<br>File Hash: B8301A40957E63AD4212FA11CC555E91E472A1E7FA96845DC9FD5D338FE41A6B | 12-27-2021 16:27:04 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 16 | Info Hash: C992F0A91540A287BF050C4170E29B483B7FED6D<br>File Hash: 95C4F8A55FD90406F7B13F9AB4BEF6D8E9CFAEAE50BA5CBFF41DF4B00DED4CC0 | 12-27-2021 16:25:54 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 17 | Info Hash: FC3EE6E3EB2CFB6DA16D1FC9104B770925D1F5D7<br>File Hash: F464C974D57780D4B955F97B9117B8732E952A090A027B05392CE0CD11A29203 | 12-27-2021 16:20:17 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F3A419D025D596310802A1CCF4C5AFA24D8C8EE1<br>File Hash: C7D16B33072AEE823DBAC3085A570F0F25A47125F5856D329EA0986F3FAC6D31 | 12-27-2021 16:18:26 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 19 | Info Hash: B3BF9504ADC518C52D4DBC938DB036F62628594B<br>File Hash: D94CE57E9284FD7AE5676C5F1B2D1F263BB8D0AD9F8A160283B22EC8B291778C | 12-20-2021 01:02:33 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 20 | Info Hash: 4616D69E04F07B21BCA9188B66E83F0DFAE0D068<br>File Hash: CDEC49DFF5C64043A5223D570A0FB4D175AEEE463E9B0589EB40BD8C0C932C7C | 07-27-2021 22:10:58 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 21 | Info Hash: BF4FB4E58335197B3903524F70FA3D137FCA6C74<br>File Hash: 1387A4F1E4716457B4EDB0591DA1765CD020CC0233DF333B0F73FE391E4C8A1C | 07-27-2021 21:22:41 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 22 | Info Hash: CC156C5F5017F86D9321E7D52BDDB864DFB341CF<br>File Hash: E6F0A6218EA941D3BDF93DD91A185E7AF2C4348E60B0592C4BB40BA53BB9D2C4 | 07-27-2021 05:49:25 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 23 | Info Hash: 68D673D4205844A8A58F5F157D65DFA1108B14F6<br>File Hash: 5788745494240F4CA463C3A5308CCD29350FEFB0FF305CB41A2B74E434D8CC49 | 02-28-2021 03:06:36 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 24 | Info Hash: AB318075839BCBF006B3EA79F723685FBF1080A1<br>File Hash: 8AFED4A533FD76C6F5037497C6DEFBB20BA63B3A40C8CEE225926AC9BC59C33F | 02-28-2021 03:06:30 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 25 | Info Hash: 254CA9BED049FF02D9B1096FFD75552D6BA7983F<br>File Hash: 86EAED909F4C2CFAC346AA0F2C88EB36B086D9D37DFD4086D75D97E9626E0573 | 02-28-2021 02:59:05 | Blacked Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |
| 26 | Info Hash: DEFEC61A22B71DFC9D7D58B7CCF348A5FFBB6D3C<br>File Hash: C4A5EBF4AFBC17F1E2F026A7D5E311F3D50C9D2AD3580E3D2E72EA38D9704268 | 02-28-2021 02:55:38 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: DCB23165E11E864C2215D0F92E5561822EB473C5<br>File Hash: 74CE2F341FBCDE811E6F0896CBCAB0790846571AE08DFB12D538A6EA71B4DC69 | 02-24-2021 03:38:36 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 28 | Info Hash: 8991352F96DCFDA4D00DF0AD95C0CB775EB71E76<br>File Hash: 9FCE7E092014331BAA20E5FE5002B86BAC38A4D1973A87CAD1EC3077794B9FF6 | 02-24-2021 03:34:20 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 29 | Info Hash: BCC7A6188FC887DAA3AEC0B2A826E11CAAD4D03D<br>File Hash: 232ECBE119905DD7913DA2B21E1CDCFECCB9AD58D8789F9C4034467E51D48B40 | 02-24-2021 03:32:13 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |