AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court - Southern District of New York |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 1:22-cv-01617 | 2/27/2022 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 74.71.82.135 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | /s/ T. Pisarczyk | 6/2/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 29

**IP Address:** 74.71.82.135  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F0B8BDFC98F7704DDD3686B2C33FE43ADF623E74<br>File Hash: 614E5B1314448F6A4E78B79F61A30EC1A1F7995BA580A519B704F7C37FEB5759 | 01-10-2022 02:12:34 | Tushy | 01-31-2019 | 02-22-2019 | PA0002155140 |
| 2 | Info Hash: 842968D32F868DC9A4C325C5439DCB160F9D7592<br>File Hash: 53769DE0CAB8EED27CBCECFD04DFC51122F7B461817906F4E8FEA8300B155A48 | 01-05-2022 02:44:46 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 3 | Info Hash: 5927F76E867BC41DB706B5C961DCAF058DC95B56<br>File Hash: 36087E06A2BE38D3F85AFF1DC5AE28FB38266DD0787814822F2B9AD712292DCA | 12-29-2021 05:21:07 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 4 | Info Hash: 675B5AFA8121A6F73024A6D14AAD03EBA402D4C8<br>File Hash: 1C9C2FC14177376041E2C2A255F5ED5142C3D03DF4962366B591F28DA1506A3B | 12-29-2021 01:04:14 | Blacked Raw | 06-06-2018 | 07-14-2018 | PA0002128447 |
| 5 | Info Hash: B6B0CCE441A750695694A37B1D9C7BC6301651FD<br>File Hash: 76AD7211F8349CD058EF226ED2EA55B8307A43BB529870FACE554E0A3879969A | 12-29-2021 00:46:15 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 6 | Info Hash: 9CF0E3464640945F7CE78B2F6AAAF9C709CC5C18<br>File Hash: 31FF1DEE45C0E4EC51BEB145F473177182F33337944022113E746434EF8AA806 | 12-29-2021 00:41:54 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 7 | Info Hash: 2DE92180611CF8A7AED1A67DD2F1E58B06469BFB<br>File Hash: BB74BBECA3A3FFA00A720806AC0EBF03B8873EEF818D9842C66A6DC39B528BE4 | 12-29-2021 00:41:19 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 8 | Info Hash: 715C742C75E517D7FC32ABD9215A840892B263C0<br>File Hash: 697A6261B1F4888CED0C1E2F4E20C889F761828AB2BFAFC56128F9E977B2E5D9 | 12-29-2021 00:37:17 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 2D00DFAD41E778413EAB90457BB7DFB5D38EAC2E<br>File Hash: 658C092981533BC926355C6BCB57D1E7C7DC09B52BDDB37CF6027FFE2452639A | 12-29-2021 00:37:12 | Blacked Raw | 08-15-2018 | 09-01-2018 | PA0002119585 |
| 10 | Info Hash: 8826E71871E37E356295FBF53B590C26ADDA74F0<br>File Hash: 7CD2A77B607E0C0EDF938DBB63C74078D3BB871D7C2F5CB52596AC53ED4584F1 | 12-27-2021 19:03:25 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 11 | Info Hash: B729CD1919ECCB480C2D98842DEBEB1114527BA1<br>File Hash: FD4598906180C244A4D57CA5E5BBD9544A756AE296F12183459021C345CE42C9 | 12-27-2021 16:55:10 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 12 | Info Hash: 8F50FD98740DF7A1D314C34B269C31E58D482E18<br>File Hash: A2EB62BE033487D6E334AF3E06A0D9A0DAEC3B3528706FFEE702727C94A98CB1 | 12-27-2021 16:45:28 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 13 | Info Hash: 927F5121DFF968CAAA794A7AF6ABE13A17927FB1<br>File Hash: D1BBA45309B6B06D2AF3F0B7F3A64D9966C29C4DF2186B8403FD81F4E84E5308 | 12-27-2021 16:28:02 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 14 | Info Hash: 85EACF9DEE0A1A3CCA58DF72164B0696A448CDE5<br>File Hash: BBAAA25DB89BAF16D49C7EFC912B0ECC3FDAE4B3AF27C0E1D9E535A35BCAAD53 | 12-27-2021 16:27:14 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 15 | Info Hash: 4A61A12A79156C0807DE055302541E23E2DF9E11<br>File Hash: B8301A40957E63AD4212FA11CC555E91E472A1E7FA96845DC9FD5D338FE41A6B | 12-27-2021 16:27:04 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 16 | Info Hash: C992F0A91540A287BF050C4170E29B483B7FED6D<br>File Hash: 95C4F8A55FD90406F7B13F9AB4BEF6D8E9CFAEAE50BA5CBFF41DF4B00DED4CC0 | 12-27-2021 16:25:54 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 17 | Info Hash: FC3EE6E3EB2CFB6DA16D1FC9104B770925D1F5D7<br>File Hash: F464C974D57780D4B955F97B9117B8732E952A090A027B05392CE0CD11A29203 | 12-27-2021 16:20:17 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F3A419D025D596310802A1CCF4C5AFA24D8C8EE1<br>File Hash: C7D16B33072AEE823DBAC3085A570F0F25A47125F5856D329EA0986F3FAC6D31 | 12-27-2021 16:18:26 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 19 | Info Hash: B3BF9504ADC518C52D4DBC938DB036F62628594B<br>File Hash: D94CE57E9284FD7AE5676C5F1B2D1F263BB8D0AD9F8A160283B22EC8B291778C | 12-20-2021 01:02:33 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 20 | Info Hash: 4616D69E04F07B21BCA9188B66E83F0DFAE0D068<br>File Hash: CDEC49DFF5C64043A5223D570A0FB4D175AEEE463E9B0589EB40BD8C0C932C7C | 07-27-2021 22:10:58 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 21 | Info Hash: BF4FB4E58335197B3903524F70FA3D137FCA6C74<br>File Hash: 1387A4F1E4716457B4EDB0591DA1765CD020CC0233DF333B0F73FE391E4C8A1C | 07-27-2021 21:22:41 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 22 | Info Hash: CC156C5F5017F86D9321E7D52BDDB864DFB341CF<br>File Hash: E6F0A6218EA941D3BDF93DD91A185E7AF2C4348E60B0592C4BB40BA53BB9D2C4 | 07-27-2021 05:49:25 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 23 | Info Hash: 68D673D4205844A8A58F5F157D65DFA1108B14F6<br>File Hash: 5788745494240F4CA463C3A5308CCD29350FEFB0FF305CB41A2B74E434D8CC49 | 02-28-2021 03:06:36 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 24 | Info Hash: AB318075839BCBF006B3EA79F723685FBF1080A1<br>File Hash: 8AFED4A533FD76C6F5037497C6DEFBB20BA63B3A40C8CEE225926AC9BC59C33F | 02-28-2021 03:06:30 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 25 | Info Hash: 254CA9BED049FF02D9B1096FFD75552D6BA7983F<br>File Hash: 86EAED909F4C2CFAC346AA0F2C88EB36B086D9D37DFD4086D75D97E9626E0573 | 02-28-2021 02:59:05 | Blacked Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |
| 26 | Info Hash: DEFEC61A22B71DFC9D7D58B7CCF348A5FFBB6D3C<br>File Hash: C4A5EBF4AFBC17F1E2F026A7D5E311F3D50C9D2AD3580E3D2E72EA38D9704268 | 02-28-2021 02:55:38 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: DCB23165E11E864C2215D0F92E5561822EB473C5<br>File Hash: 74CE2F341FBCDE811E6F0896CBCAB0790846571AE08DFB12D538A6EA71B4DC69 | 02-24-2021 03:38:36 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 28 | Info Hash: 8991352F96DCFDA4D00DF0AD95C0CB775EB71E76<br>File Hash: 9FCE7E092014331BAA20E5FE5002B86BAC38A4D1973A87CAD1EC3077794B9FF6 | 02-24-2021 03:34:20 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 29 | Info Hash: BCC7A6188FC887DAA3AEC0B2A826E11CAAD4D03D<br>File Hash: 232ECBE119905DD7913DA2B21E1CDCFECCB9AD58D8789F9C4034467E51D48B40 | 02-24-2021 03:32:13 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 74.71.82.135,<br><br>        Defendant. | Civil Action No. 1:22-cv-01617-VSB |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 74.71.82.135 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq.. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 1, 2022                     Respectfully submitted,

                                            By:    /s/ *Jacqueline M. James*
                                                        Jacqueline M. James, Esq. (#1845)
                                                        The James Law Firm, PLLC
                                                         445 Hamilton Avenue, Suite 1102
                                                         White Plains, New York 10601
                                                          T: 914-358-6423
                                                         F: 914-358-6424
                                                          E-mail: jjames@jacquelinejameslaw.com
                                                         *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.